UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANDREW MASIERAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00195-WCL-SLC |
| | ) |
| REPUBLIC PARKING SYSTEM, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andrew Masierak and Defendant Republic Parking System, LLC, by counsel, submit their Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties respectfully request this Court dismiss the above-captioned action, with prejudice, and with each party to bear their own fees and costs.

WHEREFORE, the parties, respectfully seek an order dismissing this matter with prejudice.

Respectfully submitted,

*/s/ Christopher C. Myers (with permission)*
Christopher C. Myers
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street
Suite 400
Fort Wayne, IN 46802
Tel: (260) 424-0600
*cmyers@myers-law.com*

*Attorney for Plaintiff
Andrew Masierak*

*/s/ Dorothy D. McDermott*
Dorothy D. McDermott
Michael C. Mohler
JACKSON LEWIS P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, IN 46204
Tel: (317) 489-6930
Fax: (317) 561-4606
*dorothy.mcdermott@jacksonlewis.com
michael.mohler@jacksonlewis.com*

*Attorneys for Defendant,
Republic Parking System, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2021, a true and accurate copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* was filed electronically with the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher C. Myers
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
*cmyers@myers-law.com*

/s/ *Dorothy D. McDermott*
Dorothy D. McDermott

4826-6844-7998, v. 1